[No. 36645-2-II.   Division Two.   October 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT HAYNES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00137-7, Jay B. Roof, J., entered August 10, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 36652-5-II.   Division Two.   October 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS GLENN HUFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00282-1, Robert A. Lewis, J., entered August 6, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 36665-7-II.   Division Two.   October 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEWIS RAY III, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00624-7, Nelson E. Hunt, J., entered August 15, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.